United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA A. SPAH, ) | |
| ) | CIVIL NO. C09-5659-RJB-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE OPENING BRIEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before March 25, 2010, Defendant's Answering Brief shall be filed on or before April 22, 2010, and Plaintiff's Reply Brief shall be filed on or before May 6, 2010. Oral argument, if desired, shall be requested by May 13, 2010.

DATED this 25th day of February, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE OPENING BRIEF- [C09-5659-RJB-JRC] - 1