UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBRA A. SPAH,

                Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

CASE NO.  C09-5459RJB

ORDER GRANTING LEAVE TO FILE CORRECTED OPENING AND REPLY BRIEFS

     Based on stipulated motion (Doc. 18) and the agreement of the parties, it is hereby ORDERED that Plaintiff is granted leave to file corrected Opening and Reply Briefs.

     Dated this 19th day of May, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1