UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBRA A. SPAH,

          Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

          Defendant.

CASE NO. C09-5659RJB

ORDER

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)    The Court **ADOPTS** the Report and Recommendation (Dkt. 23);

(2)    The matter is therefore **REMANDED** to the administration for further consideration; and

(3)    The Clerk is directed to send copies of this Order to counsel of record.

DATED this 10th day of September, 2010.

_____
ROBERT J. BRYAN
United States District Judge

ORDER - 1