# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEBRA A. SPAH

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5659RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the Report and Recommendation (Dkt. 23); and

The matter is therefore **REMANDED** to the administration for further consideration.

September 16, 2010
Date

BRUCE RIFKIN
Clerk

*s/CM Gonzalez*
Deputy Clerk