# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEBRA A. SPAH

v.

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5659RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation (Dkt. 41).

The Court awards plaintiff Equal Access the Justice Act fees in the amount of $8,609.16, and expenses in the amount of $28.22. The Equal Access to Justice Act fees and expenses are subject to any offsets allowed under the Treasury Offset Program. See Astrue v. Ratliff, 130 S. Ct. 2521, 2524-2525, 2010 U.S. LEXIS 4763 (2010). Therefore, the Commissioner should contact the Department of Treasury after the Order for Equal Access to Justice Act Fees and expenses is entered, in order to determine whether or not the fees and expenses are subject to any offset. If they are not subject to than offset, payment of this award should be made via check payable to plaintiff. However, this check may be sent to plaintiff's attorney at: Law Office of Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA 98501. The same procedure should be followed for any remainder if the fees and expenses are subject to any offset.

| May 24, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk